```
DIANE AQUI (217087)
1120 College Avenue
Santa Rosa, CA 95404-4020
Phone (707) 526-3700
Facsimile (707) 526-1716

Attorneys for Plaintiff,
KATHRYN ZOOK
```

UNITED STATES DISTRICT COURT

NORTHERN DIVISION

| | |
|---|---|
| KATHRYN ZOOK,<br><br>　　　Plaintiff,<br><br>v.<br><br>HENDERSON HOSPITALITY MANAGEMENT, INC., dba HILTON GARDEN INN, and DOES 1-50, inclusive,<br><br>　　　Defendants. | Case No. 3:12-cv-05956-SI<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE |

　　　IT IS HEREBY STIPULATED by and between Plaintiff Kathryn Zook and Defendant Henderson Hospitality Management, Inc. by and through their respective counsel of record that all claims for relief in the above-captioned action brought by Plaintiff be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41 (a) (1) (ii).

　　　IT IS FURTHER STIPULATED that the parties agree to bear their own costs and attorney fees.

Dated: May 28, 2013　　　　By: /s/ Diane Aqui

　　　　　　　　　　　　　　　DIANE AQUI
　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　Kathryn Zook

1

STIPULATION AND [PROPOSED] ORDER
TO DISMISS ENTIRE ACTION WITH PREJUDICE

Dated: 6/12/13

GEARY, SHEA, O'DONNELL & GRATTAN

By: _____
STEVEN MITCHELL
Attorney for Defendant
Henderson Hospitality Management, Inc.

### ORDER AND DISMISSAL WITH PREJUDICE

GOOD CAUSE APPEARING, the Stipulation of the parties as set forth above is approved and is adopted as an Order of the Court.

IT IS HEREBY ADJUDGED, ORDERED AND DECREED that this action be dismissed with prejudice, with each party to bear their own costs and attorney fees.

IT IS SO ORDERED.

Date:   6/13/13

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE