```
1  DIANE AQUI (217087)
   1120 College Avenue
2  Santa Rosa, CA 95404-4020
   Phone (707) 526-3700
3  Facsimile (707) 526-1716

4  Attorneys for Plaintiff,
   KATHRYN ZOOK
5
```

UNITED STATES DISTRICT COURT

NORTHERN DIVISION

| | |
|---|---|
| KATHRYN ZOOK, | Case No. 3:12-cv-05956-SI |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE |
| v. | |
| HENDERSON HOSPITALITY MANAGEMENT, INC., dba HILTON GARDEN INN, and DOES 1-50, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Kathryn Zook and Defendant Henderson Hospitality Management, Inc. by and through their respective counsel of record that all claims for relief in the above-captioned action brought by Plaintiff be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41 (a) (1) (ii).

IT IS FURTHER STIPULATED that the parties agree to bear their own costs and attorney fees.

Dated: May 28, 2013      By: /s/ Diane Aqui

DIANE AQUI
Attorney for Plaintiff
Kathryn Zook

---

1

STIPULATION AND [PROPOSED] ORDER
TO DISMISS ENTIRE ACTION WITH PREJUDICE

| | | |
|---|---|---|
| 1 | Dated: 6/12/13 | GEARY, SHEA, O'DONNELL & GRATTAN |
| 2 | | By: _[signature]_ |
| 3 | | STEVEN MITCHELL<br>Attorney for Defendant<br>Henderson Hospitality Management, Inc. |

### ORDER AND DISMISSAL WITH PREJUDICE

GOOD CAUSE APPEARING, the Stipulation of the parties as set forth above is approved and is adopted as an Order of the Court.

IT IS HEREBY ADJUDGED, ORDERED AND DECREED that this action be dismissed with prejudice, with each party to bear their own costs and attorney fees.

IT IS SO ORDERED.

Date:   6/13/13

_[signature: Susan Illston]_

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE